<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCHNEIDER & MARQUARD, INC., <br><br> Plaintiff, <br><br> v. <br><br> FACIL, LLC, <br><br> Defendant. | Civil Action No.: 07-CV-182 (JLL) <br><br> **ORDER ADOPTING <br> SEPTEMBER 6, 2007 <br> REPORT AND RECOMMENDATION** |

**LINARES**, District Judge.

  This Court had referred Defendant's motion to dismiss Plaintiff's Complaint for lack of personal jurisdiction [CM/ECF Docket Entry No. 2] to the Honorable Claire C. Cecchi, United States Magistrate Judge, pursuant to 28 U.S.C. § 636 (b)(1)(B).  Magistrate Judge Cecchi filed a Report and Recommendation in connection with Defendant's motion on September 6, 2007. Having reviewed the Report and Recommendation, and having received no objection thereto, and for good cause shown,

  **IT IS** on this **24th day of September, 2007**,

  **ORDERED** that the Report and Recommendation of Magistrate Judge Cecchi filed on September 6, 2007 [CM/ECF Docket Entry No. 8] is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

  **ORDERED** that Defendant's motion to dismiss [CM/ECF Docket Entry No. 2] is hereby **DENIED.**

  **IT IS SO ORDERED**.

/s/ Jose L. Linares<br>
Jose L. Linares<br>
United States District Judge